UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANDREW BROOCKMANN**, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>**THE BANK OF GREENE COUNTY**,<br>  Defendant. | Case No. 1:22-cv-00390-MAD-ATB |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES AND COSTS AND SERVICE AWARDS**

Plaintiff Andrew Broockmann, moves this Court for an order final approval of class action settlement and applies for attorneys' fees and costs and service award for class representative for an order:

1. Approving the settlement

2. Awarding attorneys' fees in the amount of $_____ and expenses in the amount of $8,595.71;

3. Awarding Class Representative a service award of $5,000.00.

This Unopposed Motion is based on this Notice of Motion; the Memorandum of Points and Authorities; the Declaration of Jeffrey D. Kaliel; the papers and pleadings on file with the Court; and on such other evidence, information, or material as may be presented to the Court.

.

DATED: July 10, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:*/s/ Jeffrey D. Kaliel*
　　　　　　　　　　　　　　　　　　　　　Jeffrey D. Kaliel (Bar Roll No. 518372)
　　　　　　　　　　　　　　　　　　　　　KALIELGOLD PLLC
　　　　　　　　　　　　　　　　　　　　　1100 15th Street NW, 4th Floor
　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20005
　　　　　　　　　　　　　　　　　　　　　(202) 350-4783
　　　　　　　　　　　　　　　　　　　　　*jkaliel@kalielpllc.com*

　　　　　　　　　　　　　　　　　　　　　Sophia G. Gold (Bar Roll No. 701241)
　　　　　　　　　　　　　　　　　　　　　KALIELGOLD PLLC
　　　　　　　　　　　　　　　　　　　　　950 Gilman Street, Suite 200
　　　　　　　　　　　　　　　　　　　　　Berkeley, CA 94710
　　　　　　　　　　　　　　　　　　　　　(202) 350-4783
　　　　　　　　　　　　　　　　　　　　　sgold@kalielgold.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff and the Putative Class*

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 10, 2023, the foregoing was served by CM/ECF to all counsel of record.

                        Respectfully submitted,

                        By: *Jeffrey D. Kaliel*
                              Jeffrey D. Kaliel